**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1011**

---

In re:  PAKUJA CRYSTAL VANG,

       Petitioner.

---

On Petition for a Writ of Mandamus.

---

Submitted:  February 12, 2025               Decided:  February 18, 2025

---

Before WYNN, HARRIS, and HEYTENS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Pakuja Crystal Vang, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pakuja Crystal Vang petitions for a writ of mandamus seeking, among other relief, a hearing on her application for social security benefits; an award of social security benefits; legal and medical assistance; the filing of criminal charges against others; and enforcement of her rights as an alleged crime victim under 18 U.S.C. § 3771. Vang also expresses dissatisfaction with her lack of success pursuing similar relief in many lawsuits filed in the United States District Court for the Western District of North Carolina. We conclude that Vang is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Vang has not shown that she has a clear right to the relief sought and that she has no other adequate means to attain such relief. *See id.* Moreover, insofar as Vang is unhappy with the results of her prior lawsuits, she may not use mandamus as a substitute for an appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2